UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| HENRY MAYE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:19-cv-01986-JMS-MJD |
| AARON CLAPP, TOWN OF JAMESTOWN, INDIANA, | ) ) ) ) |
| Defendants. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On November 26, 2019, the Magistrate Judge submitted a Report and Recommendation, [Filing No. 41], recommending that Plaintiff's claims in this matter be dismissed for Plaintiff's repeated failures to comply with the Court's Orders. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation. Accordingly, Plaintiff's claims in this matter are hereby **DISMISSED WITH PREJUDICE**. Final judgment will enter according, and the Clerk is directed to close this case.

Date: 12/23/2019

*[signature: Jane Magnus-Stinson]*

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**

**Distribution via United States Mail to:**

Henry Maye
6628 Westland Drive
Brownsburg, IN 46112